NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re Guardianship of Alice            )
Yaniscavitch, an incapacitated person. )
_____ )
                                       )
TERRI McGUIRE,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D18-4989
                                       )
LORI YANISCAVITCH,                     )
                                       )
            Appellee.                  )
_____ )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Manatee
County; Deno Economou, Judge.

Susan J. Silverman, Sarasota, for Appellant.

Adam Mohammadbhoy of Harllee & Bald,
P.A., Bradenton, for Appellee.

Brian D. Keisacker of Ulrich, Scarlett,
Wickman & Dean, P.A., Sarasota, for Anne
Ridings, Guardian for Alice Yaniscavitch.

PER CURIAM.

            Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.